**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>NEWARK, NJ 07101<br>973-297-4887 |

February 25, 2014

**LETTER ORDER**

**Re:**   *Jubelt v. United Mortgage Bankers, LTD., et al.*
         **Civil Action No. 13-7150 (ES)**

Dear Counsel:

     Pending before this Court is Plaintiffs' motion to remand this action to the Superior Court of New Jersey pursuant to 28 U.S.C. § 1441 and § 1446.  (D.E. No. 8).  On February 7, 2014, Magistrate Judge Joseph A. Dickson issued a Report & Recommendation suggesting that this Court deny the motion.  (D.E. No. 19, (the "R&R")).  Magistrate Judge Dickson advised the parties that they had fourteen days to file and serve any objections to the R&R pursuant to Local Civil Rule 72.1.  To date, neither party has filed any objections.

     The Court has considered Judge Dickson's R&R, and for the reasons stated therein,

     IT IS on this 25th day of February, 2014,

     ORDERED that this Court adopts Judge Dickson's February 7, 2014 R&R in full.

     **SO ORDERED.**

                                      *s/Esther Salas*
                                      **Esther Salas, U.S.D.J.**